Name, Address and Telephone Number of Attorney(s):
Mediator John B. Golper, SBN 065963
Ballard Rosenberg Golper & Savitt, LLP
15760 Ventura Boulevard, 18th Floor
Encino, California 91436
Tel: (818) 508-3700 / Email: jgolper@brgslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIELLE BABB

Plaintiff(s)

v.

EC-COUNCIL UNIVERSITY, et al.,

Defendant(s).

CASE NUMBER
8:22-cv-02050-JWH-KES

**MEDIATION REPORT**

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☒ A mediation was held on (date): May 30, 2023.
   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   ☒ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☒ Yes, fully, on May 30, 2023 (date). Subject to the parties finalizing the settlement agreement.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: May 31, 2023

/s/ John B. Golper
Signature of Mediator

John B. Golper
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*