**K & L LAW GROUP, P.C.**
Marc Y. Lazo SBN: 215998
2646 Dupont Dr., Suite 60340
Irvine, California 92612
Phone No.: (949) 216-4002
mlazo@kllawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DANIELLE BABB,<br><br>       Plaintiff,<br><br>vs.<br><br>EC-COUNCIL UNIVERSITY, an online University incorporated in the State of Wyoming; JAY BAVISI, an individual; LATA BAVISI, an individual; VENUS FISHER, an individual; APRIL RAY, an individual; ALEXIS GONZALES, an individual; ZANNA JONES, an individual; and DOES 1-50,<br><br>       Defendants | Case No.: 8:22-cv-2050-JWH-KES<br>[Complaint filed:  August 31, 2022]<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE PENDING MOTIONS OFF CALENDAR** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff DR. DANIELLE BABB ("Plaintiff") and Defendant EC-COUNCIL UNIVERSITY, an online University incorporated in the State of Wyoming ("Defendant") (collectively the "Parties") have reached a settlement of this lawsuit.  The Parties have executed a settlement agreement and

1

anticipate that a Joint Stipulation for Dismissal of the Action will be filed with the Court within forty (40) days from the date of this Notice.

Given the settlement between the Parties, it is respectfully requested that all pending hearings and deadlines be taken off calendar, including the Motion to Stay and Transfer Case currently set for hearing on June 23, 2023.

Dated:  June 9, 2023                              K&L LAW GROUP, P.C.


_____
Marc Lazo
Attorneys for Plaintiff ALEX LAZO

NOTICE OF SETTLEMENT