Marc Y. Lazo, Bar No. 215998
K & L Law Group PC
2646 Dupont Dr. Ste. 60340
Irvine, California 92612
phone (949) 216 4002
mlazo@kllawgroup.com

Attorneys for Plaintiff DANIELLE BABB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DANIELLE BABB<br><br>            Plaintiff,<br><br>vs.<br><br>EC-COUNCIL UNIVERSITY, an online University incorporated in the State of Wyoming; JAY BAVISI, an individual; LATA BAVISI, an individual; VENUS FISHER, an individual, APRIL RAY, an individual; ALEXIS GONZALES, an individual; ZANNA JONES, an individual and DOES 1-50,<br><br>            Defendants. | Case No.: 8:22-cv-02050 JWH (KESx)<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed August 31, 2022 |

TO THE COURT AND THE ATTORNEYS OF RECORD

The parties to this action, acting through counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(II) and in consideration of a negotiated settlement agreement executed by all parties, hereby stipulate to the Dismissal with Prejudice of this entire action against all named Defendants EC-Council University, Kanaklata

Bavisi, Sanjay Bavisi, April Ray, Venus Fisher, Zanna Jones, and Alexis Gonzales. The Court shall retain jurisdiction to enforce settlement.

DATED: May 31, 2023                    KEITH A. FINK & ASSOCIATES

By:    */s/ Imbar Sagi-Lebowitz*
     Keith A. Fink
     Sarah E. Hernandez
     Imbar Sagi-Lebowitz
     Attorneys for Defendant EC-Council University

Dated: June 2, 2023                    K & L Law Group PC

By: [signature]

Marc Lazo
Attorneys for Plaintiff Danielle Babb